**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| JUSTIN KRUMPACH, * | |
| * | Case No. 8:11-cv-03667-DKC |
| Plaintiff * | |
| * | |
| v. * | |
| * | |
| SUBURBAN CREDIT CORPORATION * | |
| * | |
| Defendants * | |

**AMENDED STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Justin Krumpach, and Defendant, Suburban Credit Corporation, by and through their undersigned counsel, do hereby stipulate to the Dismissal with Prejudice of the above-captioned proceeding and the Complaint filed herein.

**SO STIPULATED:**

| /s/ Robinson S. Rowe | /s/ Ian P. Bartman *(signed by Robinson S. Rowe with permission of Ian P. Bartman)* |
|---|---|
| Robinson S. Rowe | Ian P. Bartman |
| (Federal Bar No.: 27752) | (Federal Bar No.: 29721) |
| ROWE BARNETT, PLLC | Severn, O'Connor & Kresslein, P.A. |
| 5906 Hubbard Drive, Suite 4-A | 50 Carroll Creek Way, Suite 340 |
| Rockville, Maryland 20852 | Frederick, Maryland  21701 |
| Telephone: 301-770-4710 | Telephone: 301-682-9840 |
| Facsimile: 301-770-4711 | Facsimile: 301-682-9840 |
| Email: interoffice@rowepllc.com | Email: ibartman@fredericklaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of March, 2012, a copy of the foregoing Amended Stipulation of Dismissal was served via the Court's electronic filing system on all interested parties.

                                                       **/s/ Robinson S. Rowe**